IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04049-FJG-3 |
| | ) | |
| LUIS ANTONIO VALDEZ, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #216 filed on May 19, 2014), to which no objection has been filed, the plea of guilty to Count 1 of the Superseding Indictment which was filed on January 16, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Fernando J. Gaitan, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: June 6, 2014
Kansas City, Missouri